IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: JEFFRY PEARSON, | : | Chapter 13 |
| Debtor. | : | Bankr. Case No. 18-10502-BLS |
| | : | |
| JEFFRY PEARSON, | : | |
| Appellant, | : | Civ. No. 23-98-GBW |
| v. | : | |
| BANK OF NEW YORK MELLON, | : | |
| Appellee. | : | |

### ORDER

WHEREAS, on August 14, 2023, the Court issued an Order (D.I. 11) directing Appellant to file an opening brief in support of his appeal no later August 23, 2023;

WHEREAS the Order provided that "Appellant's failure to file an opening brief by August 23, 2023 shall result in dismissal of this appeal without further notice"; and

WHEREAS the docket reflects that no opening brief has been filed with the Court to date,

IT IS HEREBY ORDERED THAT:

1. The appeal is DISMISSED.

2. The Clerk is directed to CLOSE Civ. No. 23-98-GBW.

August 28, 2023
Wilmington, Delaware

HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE